IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 cr 64-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| CHRISTOPHER DRAYTON. | ) | |
| | ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion to Withdraw as Court-Appointed Counsel (#53) filed by appointed counsel Corey B. Atkins. Mr. Atkins appeared before the undersigned on June 6, 2016 and advised the Court that immediately after his appointment he had discovered he had a conflict of interest between the Defendant and one of the co-defendants. It appears to the Court that good cause has been shown for the granting of the motion and the motion will be allowed.

### ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Withdraw as Court Appointed Counsel (#53) is **ALLOWED** and Mr. Atkins is allowed to withdraw as counsel of record for the Defendant in this matter. It is further **ORDERED** that the Federal Defenders Office of Western North Carolina appoint new counsel to represent Defendant in further proceedings in this matter.

1

Signed: June 8, 2016

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge